# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 07-7228 JSL |
| | ) | [CR 06-81 JSL] |
| Plaintiff, | ) | |
| | ) | ORDER DENYING |
| v. | ) | DEFENDANT'S MOTION |
| | ) | PURSUANT TO 28 U.S.C. |
| JULIO CHICO LEMUS, | ) | § 2255 |
| | ) | |
| Defendant. | ) | |
| | ) | |

The motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C.§ 2255, of Defendant Julio Chico Lemus was decided without hearing on May 12, 2008.  Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

**IT IS HEREBY ORDERED** that the motion of Defendant Julio Chico Lemus to vacate, set aside, or correct sentence, pursuant to 28 U.S.C.§ 2255, be DENIED.

IT IS SO ORDERED.

DATED:   May 12, 2008

_____
J. Spencer Letts
United States District Judge